THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JOSEPH ABERNATHY, JR., Defendant-Appellant.

(No. 73-201; )

Fifth District—February 6, 1974.

PER CURIAM.

EBERSPACHER, J., took no part.

Robert E. Farrell, Deputy Defender, of Mt. Vernon (Bruce Stratton, Administrative Director, Office of the State Appellate Defender, of counsel), for appellant.

Robert H. Rice, State's Attorney, of Belleville, for the People.